# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**RAROULE OCCIVIL,**                          :
                                                                :
   **Petitioner**                               :
                                                                :          **No. 1:17-CV-01258**
**vs.**                                                 :
                                                                :          **(Judge Rambo)**
**CLAIRE DOLL,**                               :
                                                                :
   **Respondent**                           :

### ORDER

**AND NOW**, this 7th day of November 2017, **IT IS ORDERED THAT**:

1. Petitioner Raroule Occivil's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DENIED without prejudice** to the filing of a subsequent petition in the event that Petitioner's period of detention becomes unreasonable; and

2. The Clerk of Court shall **CLOSE** this case.


  s/Sylvia H. Rambo
  SYLVIA H. RAMBO
  United States District Judge